## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Josephine Maher | ) | Case No: 12 C 9075 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: John W. Darrah |
|  | ) |  |
| Wells Fargo Bank , N.A. | ) |  |
|  | ) |  |

## **ORDER**

Status hearing and ruling on motion hearing held. Defendants' motions to dismiss are withdrawn without prejudice with leave to re-file [35, 37]. Status hearing set for 10/17/13 at 9:30 a.m.

(T:) 00:05

Date: 9/24/13 /s/ Judge John W. Darrah